PARTIN, sheriff, *v.* SMITH, ordinary.

GILBERT, J. All sureties, other than guarantee and surety companies, on a sheriff's bond "must be permanent residents of the State, and two also of the county, and freeholders thereof." Civil Code (1910), § 281. A petition for mandamus to require the ordinary to approve the bond of a sheriff, which does not allege these requirements, is fatally defective; and where the court tried the case on such petition and the answer, without evidence, a rule absolute could not lawfully be ordered. The court did not err in refusing a mandamus absolute.

*Judgment affirmed. All the Justices concur.*
OCTOBER 19, 1916.

Petition for mandamus. Before Judge Hardeman. Toombs superior court. February 5, 1916.

*I. H. Corbitt* and *J. J. Williams,* for plaintiff.

*Giles & Sharpe,* for defendant.